## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

November 22, 2023

The Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Sherry Li, 22 Cr. 484 (GRB)

Dear Judge Brown:

      I write on behalf of defendant Sherry Li to join the application of co-defendant Lianbo Wang to adjourn the upcoming November 30, 2023, conference to either January 11, 2024, or January 12, 2024. After discussing this matter with Mr. Wang's counsel, both defendants (and their counsel) consent to waive speedy trial time from November 30, 2023, until the next court conference.

      Respectfully,

      *Jacob Kaplan*

      Jacob Kaplan, Esq.

cc:    Government Counsel (via ECF)