**FILED**
**CLERK**

1/22/2026 11:49 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA,

    - against -

SHERRY XUE LI,

        Defendant.

– – – – – – – – – – – – – – – – X

FINAL ORDER OF FORFEITURE

22-CR-484 (GRB)

WHEREAS, on or about July 30, 2025, Sherry Xue Li (the "defendant"), entered a plea of guilty to Counts Three and Eight of the above-captioned Indictment, charging violations of 18 U.S.C. §§ 1956(h) and 371;

WHEREAS, on August 7, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of thirty-one million five hundred thousand dollars and zero cents ($31,500,000.00) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in the following assets (collectively, the "Subject Assets"):

(i)     the real property and premises known as approximately 569 Acres, Wild Turnpike, Rock Hill, New York 12775, Parcel 26.-1-6, titled to Thompson Education Center, LLC, and all proceeds traceable thereto;

(ii)    the real property and premises known as approximately 67 Acres of Vacant Land, Wild Turnpike, Sullivan, New York, Parcel 26.-1-13, titled to Thompson Education Center, LLC, and all proceeds traceable thereto; and

(iii)   the real property and premises known as 34 Renner Road, Fallsburg, New York 48289, Parcel 65.-1-11.59, titled to Thompson Education Center, LLC, and all proceeds traceable thereto,

are forfeitable to the United States, pursuant to 18 U.S.C. § 982(a)(1), as any property, real or personal, involved in the defendant's violation of 18 U.S.C. § 1956(h), or any property traceable to such property, and/or substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) (Docket No. 121);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning September 6, 2025 through and including October 5, 2025 (Docket No. 124);

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 982(a)(1) and 982(b)(1) and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Subject Assets and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the U.S. Marshals Service and the Federal Bureau of Investigation, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Assets and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentencing and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Jennifer Lai, FSA Senior Law Clerk, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Central Islip, New York
_____January 22_____, 2026

SO ORDERED:


_____/s/ Gary R. Brown_____
HONORABLE GARY R. BROWN UNITED
STATES DISTRICT JUDGE EASTERN
DISTRICT OF NEW YORK