MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand twenty-six.

Before: Sarah A. L. Merriam,
*Circuit Judge.*

---

United States of America,

Appellee,

v.

Lianbo Wang, AKA Mike Wang, Guo Xuefeng,

Defendants,

Sherry Xue Li,

Defendant - Appellant.

---

**ORDER**

Docket No. 26-645

Kevin J. Keating, counsel for the defendant-appellant, moves to withdraw this appeal or to be relieved as counsel.

IT IS HEREBY ORDERED that the motion to withdraw the appeal is GRANTED. Counsel is directed to send a copy of the motion being granted, and the order withdrawing the appeal, to defendant-appellant within two business days of this order being issued.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/29/2026